

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LEPOLD LANDAU,                               :
                                             :
              Plaintiff,                     :    **ORDER**
                                             :
       -v-                                   :    20-CV-10910 (ALC) (JLC)
                                             :
STEPHEN EINSTEIN &                           :
ASSOCIATES, P.C., et al.                     :
                                             :
              Defendants.                    :
---------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

As discussed at the conference today, plaintiff is directed to file a letter on the docket **no later than April 9** identifying the specific amount sought by plaintiff in this action. The letter should also represent that the parties have met and conferred about the requested relief and the possibility of settling the case.

If the parties would like the Court's assistance with settlement, they should provide the Court with their availability for a settlement conference by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties. Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court. In light of the COVID-19 pandemic, any settlement conference in the foreseeable future will likely be conducted telephonically. Using the Court's conference line system, the Court will begin the settlement conference in joint session with all parties on the line before breaking into private session and speaking to the parties individually, as the technology the

Court is using can facilitate breakout sessions with each side.  If the parties wish to provide a different platform for the settlement conference (such as Zoom, Skype, or the equivalent) and not simply proceed telephonically they may so advise the Court and the Court will then schedule a conference to discuss logistics.

**SO ORDERED.**

Dated: March 26, 2021
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge