```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/19/2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
   LEPOLD LANDAU,                              :

                          **Plaintiff,**   :

                                       :   1:20-cv-10910 (ALC)

   -against-                           :

                                       :   <u>**ORDER**</u>

   **STEPHEN EINSTEIN & ASSOCIATES, P.C.** :
   and **CROWN ASSET MANAGEMENT, LLC,**  :

                                     :

                      **Defendants.**   :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties' letter requesting an extension to file a motion for summary judgment. The Parties' request is granted *nunc pro tunc*. The Parties are directed to adhere to the following schedule:

       **Motion for Summary Judgment**    November 29, 2021

       **Opposition to Motion**    December 27, 2021

       **Reply**    January 3, 2022

**SO ORDERED.**

**Dated:**   November 19, 2021
          New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**