UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   LEPOLD LANDAU,

                             **Plaintiff,**

          -against-

   **STEPHEN EINSTEIN & ASSOCIATES, P.C.**
   and **CROWN ASSET MANAGEMENT, LLC,**

                          **Defendants.**

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/19/2022

1:20-cv-10910 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Parties are hereby **ORDERED** to submit a joint status report addressing their failure to adhere to the Court's briefing schedule and their proposed next steps in this action. Such submission should be made by **January 26, 2022**.

**SO ORDERED.**

Dated:  **January 19, 2022**
           New York, New York

                                                          _____
                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**