**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LEPOLD LANDAU,

                Plaintiff,

-against-

STEPHEN EINSTEIN & ASSOCIATES, P.C. and
CROWN ASSET MANAGEMENT, LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2022

Case No: :20-cv-10910-ALC-JLC

[PROPOSED] ORDER

**UPON** due consideration of the parties' joint motion to dismiss, it is hereby

**ORDERED** that this case be dismissed without prejudice pursuant Fed. R. Civ. Pro. 12(b)(1), with each party to bear its respective attorney's fees and costs.

Dated: February 3, 2022

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE